CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916)333-2222
Facsimile: (916)273-8956
Attorneys for Defendant
FBDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:20-CV-06543-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| FBDS LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 20, 2020   CENTER FOR DISABILITY ACCESS

           By: /s/ Amanda Seabock
             Amanda Seabock
             Attorneys for Plaintiff

Dated: January 20, 2020   LAW OFFICE OF RICK MORIN, PC

           By: /s/ Richard Morin
             Richard Morin
             Attorneys for Defendant
             FBDS LLC, a California Limited
             Liability Company

Joint Stipulation for Dismissal     Case: 5:20-CV-06543-EJD

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for FBDS LLC, a California Limited Liability Company, and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

Dated: January 20, 2020            CENTER FOR DISABILITY ACCESS

                                            By: /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff

Joint Stipulation for Dismissal            Case: 5:20-CV-06543-EJD